BOSCH, DEMANDANTE Y APELANTE, *v.* BOSCH, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Ponce, en pleito sobre petición de herencia y otros extremos.

MOCIÓN de la demandada y apelada para que se desestime la apelación.

No. 1551.—Resuelto en noviembre 10, 1916.

DESESTIMACIÓN DE APELACIÓN—TRANSCRIPCIÓN DE AUTOS RADICADA HORAS DESPUÉS DE NOTIFICADA LA MOCIÓN.—Desde el momento en que la parte apelada notifica a la apelante su moción para que se desestime la apelación por no haberse presentado la transcripción de autos dentro del término legal, nace en aquélla su derecho a que la apelación no sea oída, derecho que debe sostenerse porque no lo destruye el hecho de que la transcripción se presente algunas horas después de la notificación de la moción de desestimación.

Los hechos están expresados en la resolución.

Abogados del apelante: *Sres. José y Manuel Tous Soto.*

Abogado de la apelada: *Sr. Luis Yordán Dávila.*

RESOLUCIÓN.

Por cuanto, el término para presentar en este tribunal la transcripción de la apelación en el presente recurso, venció el 27 de agosto de 1916, según la prórroga que para ello se le había concedido al apelante.

Por cuanto, en 28 de ese mes la parte apelada notificó a la apelante, a las 3 y 40 minutos de la tarde, su moción en que nos pide que desestimemos la apelación por no haberse presentado la transcripción dentro del término legal, la que fué presentada a nuestro secretario a las 6:30 de la tarde de ese día, siendo radicada la moción al día siguiente:

Por cuanto, según las reglas 58 y 60 de las de este tribunal, si no se presenta dentro del término legal la transcripción de los autos para tramitar la apelación, el recurso puede ser desestimado a petición de la parte apelada, después de haberla notificado, si bien será suficiente contestación a tal moción que la transcripción se haya presentado cuando aquélla sea notificada, aunque la presentación se haga fuera del término legal.

Por cuanto, desde el momento que la parte apelada notificó a la apelante su moción de desestimación por el motivo expresado, sin que la transcripción estuviera presentada en este tribunal dentro del término legal, nació en aquélla su derecho a que la apelación no fuera oída, derecho que debemos sostener porque no lo destruye el hecho de que la transcripción se presentara algunas horas después de la notificación de la moción de desestimación.

Por tanto, vistas las reglas citadas, los artículos 299, enmendado en 1911, y 303 del Código de Enjuiciamiento Civil, y el caso de *Benedicto v. Brac,* pág. 606.

Se declara con lugar la moción de la demandada y apelada y en su virtud se desestima la apelación interpuesta por el demandante y apelante, contra la sentencia de la Corte de

Distrito de Ponce de 18 de marzo de 1916. Y comuníquese esta resolución a la dicha corte de distrito a los fines procedentes.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.